```
 1  MICHAEL C. HETEY, ESQ.
    Nevada Bar No. 5668
 2  HAROLD J. ROSENTHAL, ESQ.
    Nevada Bar No. 10208
 3  THORNDAL ARMSTRONG DELK
    BALKENBUSH & EISINGER
 4  1100 East Bridger Avenue
    Las Vegas, NV 89101-5315
 5    Mail To:
      P.O. Box 2070
 6    Las Vegas, NV 89125-2070
    Tel.: (702) 366-0622
 7  Fax: (702) 366-0327
    mch@thorndal.com
 8  hjr@thorndal.com
 9  Attorneys for Defendant, NEIMAN MARCUS
10  GROUP, INC., d/b/a NEIMAN MARCUS
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN FARRELL, an Individual, | CASE NO. 2:17-cv-2912 |
| Plaintiff, | |
| vs. | |
| NEIMAN MARCUS GROUP, INC., a Foreign Corporation, d/b/a NEIMAN MARCUS, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES, inclusive, | **DEFENDANT NEIMAN MARCUS GROUP, INC., d/b/a NEIMAN MARCUS STIPLATION AND ORDER TO DISMISS** |
| Defendants. | |

COMES NOW Defendant, NEIMAN MARCUS GROUP, INC., d/b/a NEIMAN MARCUS (hereinafter, "Neiman Marcus"), by and through their counsel of record, MICHAEL C. HETEY, ESQ. and HARRY J. ROSENTHAL, ESQ. of the law firm of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER and Plaintiff, SUSAN FARRELL, by and through her attorneys, KEVIN HANSEN, ESQ. and AMY WILSON, ESQ. of the LAW OFFICE OF KEVIN HANSEN, and hereby stipulate that only the claims against Neiman

Marcus Group, Inc., d/b/a Neiman Marcus, shall be dismissed with prejudice, with each side to bear their own costs and attorney's fees.

Dated this 26th day of May, 2018

LAW OFFICES OF KEVIN R. HANSEN

_____
KEVIN R. HANSEN, ESQ.
AMY M. WILSON, ESQ.
5440 W. Sahara Ave., Ste. 206
Las Vegas, Nevada 89146
Attorneys for Plaintiff

Dated this 30th day of May, 2018

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

_____
MICHAEL C. HETEY, ESQ.
HAROLD J. ROSENTHAL, ESQ.
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Defendant, NEIMAN
MARCUS GROUP, INC., d/b/a NEIMAN
MARCUS

## ORDER

IT IS SO ORDERED.

DATED June 6, 2018.

By: _____
U.S. DISTRICT JUDGE

*Respectfully Submitted By:*

**THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER**

_____
MICHAEL C. HETEY, ESQ.
HAROLD J. ROSENTHAL, ESQ.
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
*Attorneys for Defendant, Neiman Marcus Group, Inc.,
d/b/a Neiman Marcus*

